C. W. SUTHERLAND v. STATE.

No. A-1994.   Opinion Filed September 12, 1914.

Appeal from County Court, Pawnee County;

Geo. E. Merritt, Judge.

C. W. Sutherland was convicted of violating the prohibitory law, and appeals.   Affirmed.

D. B. Horsley, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State

PER CURIAM.   Plaintiff in error, C. W. Sutherland, was convicted at the March, 1913, term of the county court of Pawnee county on a charge of having unlawful possession of intoxicating liquor, with intent to sell the same, and his punishment fixed at a fine of five hundred dollars and confinement in the county jail for a period of ninety days.   A careful examination of the record discloses the fact that there is no merit in this appeal.   There is no error sufficient to justify a reversal.   The judgment is therefore affirmed.

---

TOM BASSAM v. STATE.

No. A-2079.   Opinion Filed September 19, 1914.

Appeal from County Court, Atoka County;

Baxter Taylor, Judge.

Tom Bassam was convicted of violating the prohibitory law, and appeals.   Affirmed.

Jones & McCasland, for plaintiff in error.

E. G. Spilman, for the State.

PER CURIAM.   Plaintiff in error, Tom Bassam, was convicted at the May, 1913, term of the county court of Atoka county, sitting at Caney, in said county, on a charge of having unlawful possession of intoxicating liquor in violation of the statute, and his punishment fixed at a fine of fifty dollars and confinement in the county jail for a period of thirty days.   A careful examination of the record discloses no error prejudicial to the substantial rights of plaintiff in error.   The judgment of the trial court is therefore affirmed.